UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

IN RE:

TABER MARK VAN SLYKE
BELINDA JANE VAN SLYKE          CASE NO. 15-40010

ORDER SUSTAINING OBJECTION TO CLAIM 13

AT Ft. Wayne, INDIANA ON THE       DAY OF       , 2015

It appearing that debtors, in person and by counsel, having objected to claim number 13 filed by Calvary SPV I, LLC as assignee of Capitol One NA, and having given said creditor notice and opportunity to respond to said objection, and said response having been not received, or overruled after hearing, it is hereby ORDERED that the objection to claim 13 filed by Calvary SPV I, LLC as assignee of Capitol One NA, is SUSTAINED and said Claim 13 is Disallowed and the Trustee is not to pay on said claim.

Judge, US Bankruptcy Court